# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW TIMOTHY NORRIS, : | |
| Petitioner : | |
| : | No. 1:18-cv-2264 |
| v. : | |
| : | (Judge Rambo) |
| GILMORE SUPERINTENDENT : | |
| SCI-GREENE, et al., : | |
| Respondents : | |

# ORDER

**AND NOW**, on this _____ day of November 2018, in accordance with this Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 2), is **GRANTED** and the petition is deemed filed;

2. Petitioner's motion for Rule 60(b)(6) relief (Doc. No. 1), construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, is **DENIED** for lack of jurisdiction as being a second or successive § 2254 petition; and

3. The Clerk of Court is direced to **CLOSE** this case.

        S/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge